**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN W. NEFF,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>WARDEN WOFFORD,<br><br>　　　　Respondent. | Case No. CV 13-8460-AB (JPR)<br><br>**J U D G M E N T** |

　　Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 19, 2015

_____
ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE